**Elizabeth A. CHAN, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 2009–3256.**

United States Court of Appeals, Federal Circuit.

March 8, 2010.

Rehearing and Rehearing En Banc Denied May 12, 2010.

Robert J. Mulhern, of Telluride, CO, argued for petitioner.

Joyce G. Friedman, Attorney, Office of the General Counsel, Merit Systems Pro-

tection Board, of Washington, DC, argued for respondent. With her on the brief were B. Chad Bungard, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

Before GAJARSA, PLAGER and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.